TIMOTHY COURCHAINE
United States Attorney
District of Arizona
SYDNEY YEW
Special Assistant U.S. Attorney
Arizona State Bar No. 032551
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004
Telephone: 602-514-7500
Email: Sydney.yew@usdoj.gov
Attorneys for Plaintiff

FILED    LODGED
RECEIVED    COPY

MAR 1 8 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Juan Antonio Ruiz,<br>a.k.a. Juan Antonio Ruiz-Briseno<br><br>Defendant. | No. CR-25-1502-TUC-AMM(EJM)<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 1425(a)<br>(Naturalization Fraud)<br>Count 1 |
| --- | --- |

**THE GRAND JURY CHARGES:**

Beginning on or about February 18, 2015 and continuing to on or about June 5, 2015, at or near Tucson, in the District of Arizona, JUAN ANTONIO RUIZ knowingly procured, contrary to law, naturalization of himself, by way of false statements under oath, in that he knowingly made material false statements by answering "No" indicating he had never committed a crime for which he had not been arrested, specifically,

(1) in an Application for Naturalization (Form N-400) signed under oath on February 18, 2015,

(2) in his naturalization interview under oath on May 5, 2015, and,

(3) in his Notice of Naturalization Oath Ceremony (Form N-445) signed under oath on June 5, 2015,

when in fact he knew he had committed the crimes of Sexual Conduct with a Minor Under Fifteen between January 17, 2004 and January 16, 2008; and Attempted Molestation of a Child between September 9, 2003 and September 8, 2006, for which he was not arrested until on or about May 29, 2018, and for which he pleaded guilty in the Superior Court of Arizona, Pima County, Case Number 20182491-001, on or about January 11, 2021.

In violation of Title 18, United States Code, Section 1425(a).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: March 18, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


/s/
SYDNEY YEW
Special Assistant U.S. Attorney

- 2 -