☒ FILED   ☐ LODGED

**Mar 27 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Juan Antonio Ruiz,
a.k.a. Juan Antonio Ruiz-Briseno,

Defendant.

Case No.  CR-25-1502-TUC-AMM(EJM)

APPLICATION AND
WRIT OF HABEAS CORPUS

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the court for the issuance of a writ of habeas corpus ☒ad prosequendum, ☐ad testificandum, ☐ in re motion pursuant to 28 U.S.C. § 2255 and avers:

1.      Defendant Juan Antonio Ruiz, ADOC Inmate Number: 346806 is

2.      Detained by Deputy Facility Administrator, Jason Gary, ASP Kingman, Huachaca Unit, 462 W. English Dr., Golden Valley, Arizona 928-565-2460.

3.      Detainee is charged in this district by Indictment, alleging violation of 18 U.S.C. § 1425(a); Naturalization Fraud.

4.      Appearance is necessary on April 22, 2026 at 2:00 p.m. before Judge Michael Ambri
        ☒ in the Special Proceedings Courtroom  or  ☐ before the Federal Grand Jury of the U.S. Courthouse for the district, for:
        ☐ To give testimony in the above-captioned proceeding
        ☐ Arraignment          ☐ Plea              ☐ Jury trial
        ☐ Bench Trial          ☐ Sentencing        ☐ In Re a 28 U.S.C. § 2255 motion
        ☒ Other purpose(s), to wit: <u>Initial Appearance</u>

Date:__3/27/2026_____

_____
Branden D. Kartchner
Assistant United States Attorney

BRANDEN KARTCHNER
2026.03.27 11:06:06 -07'00'

WRIT OF HABEAS CORPUS

☒  Ad Prosequendum            ☐  Ad Testificandum            ☐  In Re Motion to Vacate

The instant application is granted and the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, or other federal law enforcement officer(s) for this district, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned to the facility listed above unless otherwise ordered by the Court.

Date: March 27, 2026

_____
Erik Markovich
United States Magistrate Judge

cc: USMS (2 cert); AUSA, AFPD (assign counsel), PTS, MAA, ASP Kingman, Huachaca Unit (mail & fax), orig to court file